IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lauren King and Delia King, | C/A NO.: 3:19-CV-01522-JMC |
| Plaintiffs, | |
| vs. | |
| Amazon.com, Inc. and C.C.J.K. Family, LLC d/b/a NOS Computers, | |
| Defendants. | |

### NOTICE OF PLAINTIFFS' RULE 26(a)(2) DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs hereby disclose that they may use the following witnesses to present testimony and evidence under Federal Rules of Evidence 702, 703 and/or 705 in this matter:

### Rule 26(a)(2)(B)

Plaintiffs have retained the following individual to provide expert testimony in this case:

Brad O'Neal
Forensic Investigation Research Experts
5000-18 U.S. Highway 17 S. # 94
Fleming Island, FL 32003

Plaintiffs certify that the report required by Rule 26(a)(2)(B) is being delivered to Defendant's counsel via U.S. mail.

### Rule 26(a)(2)(C)

Plaintiffs reserve the right to use any of the following witnesses to present testimony and evidence under Federal Rules of Evidence 702, 703 and/or 705 in this matter:

1. **William T. Korman, MD – Dr. Korman may testify regarding Mrs. King's injuries.**

Plaintiffs further reserve the right to use any witness identified by Defendants to present testimony and evidence under Federal Rules of Evidence 702, 703 and/or 705 in this matter, and Plaintiffs reserve the right to amend this disclosure in the event discovery reveals additional witnesses.

                                                Respectfully submitted

                                                FINKEL LAW FIRM LLC
                                                1201 Main Street, Suite 1800
                                                Post Office Box 1799
                                                Columbia, South Carolina 29201
                                                803-765-2935

                                                By:__s/ Carl D. Hiller_____
                                                    Carl D. Hiller, Fed. Bar No.:11755

Columbia, South Carolina                  E-Mail: chiller@finkellaw.com
December 11, 2019                            Attorneys for Plaintiffs